IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-2644-WYD-MEH

CLEAR SKIES NEVADA, LLC,

    Plaintiff,

v.

JOHN DOE 1,
JOHN DOE 2,
JOHN DOE 3,
JOHN DOE 4,
JOHN DOE 5,
JOHN DOE 7,
JOHN DOE 8,
JOHN DOE 9,
JOHN DOE 10,
JOHN DOE 11,
JOHN DOE 12,
JOHN DOE 13,
JOHN DOE 14,
JOHN DOE 15,
JOHN DOE 16,
JOHN DOE 17,
JOHN DOE 18,
JOHN DOE 19,
JOHN DOE 20,

    Defendants.

---

**ORDER DISMISSING PARTY WITH PREJUDICE**

---

THIS MATTER is before the Court on Plaintiff's Notice of Voluntary Dismissal

With Prejudice of Defendant John Doe Number 3 (ECF No. 13), filed on February 10,

2016.  After careful review of the file, the Court concludes that pursuant to Rule

41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Defendant, John Doe 3, shall be

**DISMISSED WITH PREJUDICE** from this action.  Accordingly, it is

      ORDERED that Defendant John Doe 3 is **DISMISSED WITH PREJUDICE** from this action.  It is

      FURTHER ORDERED that the Clerk of the Court shall amend the case caption to reflect the dismissal of John Doe 3.

      Dated: February 11, 2016.

      BY THE COURT:

      s/ Wiley Y. Daniel
      Wiley Y. Daniel
      Senior United States District Judge