IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-2644-WYD-MEH

CLEAR SKIES NEVADA, LLC,

     Plaintiff,

v.

JOHN DOE 1,
JOHN DOE 2,
JOHN DOE 4,
JOHN DOE 5,
JOHN DOE 7,
JOHN DOE 8,
JOHN DOE 9,
JOHN DOE 10,
JOHN DOE 11,
JOHN DOE 12,
JOHN DOE 14,
JOHN DOE 15,
JOHN DOE 16,
JOHN DOE 17,
JOHN DOE 19,
JOHN DOE 20,

     Defendants.

## ORDER DISMISSING PARTY WITHOUT PREJUDICE

THIS MATTER is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Defendants John Doe 4, John Doe 5, John Doe 9, John Doe 15, John Doe 16, and John Doe 17 (ECF No. 25), filed on April 7, 2016.  After careful review of the file, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Defendants John Does 4, 5, 9, 15, 16, and 17 shall be

**DISMISSED WITHOUT PREJUDICE** from this action.  Accordingly, it is

ORDERED that Defendants John Does 4, 5, 9, 15, 16, and 17 are **DISMISSED WITHOUT PREJUDICE** from this action.  It is

FURTHER ORDERED that the Clerk of the Court shall amend the case caption to reflect the dismissal of John Does 4, 5, 9, 15, 16, and 17.

Dated: April 8, 2016.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge